```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13576
   HELENE SHERYL TAIBLESON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4050


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/28/2008 and was not confirmed.

     The case was dismissed without confirmation 07/31/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------
WACHOVIA BANK              CURRENT MORTG         .00            .00            .00
WACHOVIA BANK              MORTGAGE ARRE     3006.00            .00            .00
OCWEN                      NOTICE ONLY     NOT FILED            .00            .00
OCWEN FEDERAL BANK         NOTICE ONLY     NOT FILED            .00            .00
WACHOVIA BANK              CURRENT MORTG         .00            .00            .00
OCWEN                      NOTICE ONLY     NOT FILED            .00            .00
OCWEN FEDERAL BANK         NOTICE ONLY     NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC        .00            .00            .00
COOK COUNTY TREASURER      SECURED          1538.76            .00            .00
CHASE                      UNSECURED       NOT FILED            .00            .00
ORION ANESTHESIA ASS       UNSECURED       NOT FILED            .00            .00
SALLIE MAE INC             UNSECURED             .00            .00            .00
SALLIE MAE SERVICING       NOTICE ONLY     NOT FILED            .00            .00
STAND UP MRI               UNSECURED       NOT FILED            .00            .00
JOYCE TAIBLESON            NOTICE ONLY     NOT FILED            .00            .00
JOYCE TAIBLESON            NOTICE ONLY     NOT FILED            .00            .00
JOYCE TAIBLESON            NOTICE ONLY     NOT FILED            .00            .00
WACHOVIA BANK NA           NOTICE ONLY     NOT FILED            .00            .00
WACHOVIA BANK NA           NOTICE ONLY     NOT FILED            .00            .00
WACHOVIA BANK              SECURED NOT I    6105.78            .00            .00
WACHOVIA BANK              CURRENT MORTG        .00            .00            .00
WACHOVIA BANK              SECURED NOT I    6105.78            .00            .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY     NOT FILED            .00            .00
MELVIN J KAPLAN            DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13576 HELENE SHERYL TAIBLESON
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/29/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE